UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DERRICK LEE SLEDGE,<br><br>        Petitioner,<br><br>    v.<br><br>BEN GROUND, WARDEN,<br><br>        Respondent. | No. SACV 11-246 CAS (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: June 16, 2011

_____
Christina A. Snyder
United States District Judge