UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DERRICK LEE SLEDGE, | ) | |
|        Petitioner, | ) | Case No. SACV 11-246-CAS(AJW) |
| vs. | ) | |
| BEN GROUND, WARDEN, | ) | JUDGMENT |
|        Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: June 16, 2011

_____
Christina A. Snyder
United States District Judge